1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:   22-cr-01781-JLS |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION |
| ANGEL GONZALEZ-SANCHEZ, | HEARING/TRIAL SETTING |
| Defendant. | |

Upon joint motion of the parties, **IT IS HEREBY ORDERED** that Mr. Herrera's Motion Hearing/Trial Setting, currently scheduled for September 16, 2022, be rescheduled to *October 7, 2022, at 1:30 p.m*.  It is further ordered that time should be excluded from the filing of this joint motion until the date of the new hearing due to the pending discovery motion, the consideration of the proposed plea agreement, and because the interests of justice are served.  See 18 U.S.C. §§ 3161(h)(1)(D), (h)(1)(G), and (h)(7)(A).

**SO ORDERED.**

Dated:  September 13, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge